IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUIS A. CARRION, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 07-626C |
| | ) | (Judge Susan G. Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PROPOSED JOINT BRIEFING SCHEDULE

Pursuant to the Court's direction at a telephonic status conference conducted on February 28, 2008, plaintiffs and defendant respectfully submit the following proposed schedule for briefing the issue whether the time that plaintiffs have spent solely driving a Government vehicle between home and work constitutes compensable time under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.:

1. On or before April 15, 2008, defendant shall file a dispositive motion concerning the above-stated issue. In support of this motion, defendant will assert that plaintiffs' claims with respect to home-to-work driving are controlled by Adams v. United States, 471 F.3d 1321 (Fed. Cir. 2006), cert. denied, 128 S.Ct. 866 (2008), and that, under this controlling precedent, plaintiffs' driving claims should be dismissed as a matter of law.

2. In the event that plaintiffs serve discovery requests upon defendant prior to a ruling upon defendant's dispositive motion, defendant reserves the right to request a protective order staying or precluding discovery upon the ground that discovery is unwarranted and an undue burden because, under the Federal Circuit's decision in Adams, plaintiffs' driving claims should be dismissed as a matter of law.

3. In the event that discovery is not stayed or precluded by the Court, all discovery concerning the driving issue shall be completed on or before May 23, 2008.

4. Except with respect to claims based upon time spent driving between home and work in a Government vehicle, the parties anticipate settling this action. Plaintiffs' proposal to settle the claims that are not based upon such driving time was approved by the authorized representative of the Attorney General. However, counsel for the parties have been discussing the appropriate terms to include in the settlement agreement, which, in its present form, would apply to this case and 12 other cases involving similar claims. These discussions principally concern the manner in which payments under the settlement should be calculated in certain situations that may be relevant to a limited number of plaintiffs in these cases. Accordingly, the parties believe that briefing of issues other than the driving issue is not warranted at this time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: March 31, 2008

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: March 27, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2008, a copy of the foregoing "PROPOSED JOINT BRIEFING SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**