# In the United States Court of Federal Claims

No. 07-626C
Filed: April 1, 2008

*************************************
LUIS A. CARRION, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
*************************************

**SCHEDULING ORDER**

Pursuant to the parties' Proposed Joint Briefing Schedule, and for good cause shown, the court hereby enters the following schedule:

Defendant will file a dispositive motion concerning the driving issue on or before April 15, 2008. Defendant may request a protective order precluding any discovery request by Plaintiffs on the driving issue.

In the event the court does not grant Defendant's request for a protective order, all discovery concerning the driving issue will be completed on or before May 23, 2008.

The parties will file a Joint Status Report regarding settlement progress as to all other issues on or before May 27, 2008.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**