IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LUIS A. CARRION, et al., | |
| Plaintiffs, | |
| v. | Case No. 07-626C<br>(Judge Susan G. Braden) |
| THE UNITED STATES, | |
| Defendant. | |

**DECLARATION OF JULES BERNSTEIN**

Jules Bernstein, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

I am a member of the bar of this Court and am counsel of record for plaintiffs in the above-captioned case. In addition, I am counsel of record in the cases of Zoraida Gonzalez, et al., v. United States, Case No. 07-790C, ("Gonzalez"), Kerry R. Hamilton v. United States, Case No. 06-680C, ("Hamilton"), and Linda A. Stocum v. United States, Case No. 07-03C, ("Stocum"), all of which are pending in this Court.

In all of the foregoing cases the plaintiffs are employees of the Drug Enforcement Administration ("DEA"), who serve as Diversion Investigators ("DIs"). They seek to recover under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") for, inter alia, time spent while driving between home and their work assignments in defendant's vehicles. The claims of these DI plaintiffs are in all material respects identical although their individual monetary recoveries will vary depending upon the amounts of the time they spend driving between home and their work assignments in defendant's vehicles and their respective rates of pay.

The plaintiffs in the Gonzalez, Hamilton and Stocum cases served defendant with requests for the production of documents which are in all material respects identical to plaintiffs' production requests herein.

In the Gonzalez case the Honorable Emily C. Hewitt, Judge of this Court, issued an order on March 28, 2008, a copy of which is attached hereto as Bernstein Exhibit 1, which provides as follows:

> On or before Thursday, May 8, 2008, defendant shall provide plaintiff with all documents responsive to plaintiffs' requests for production of documents served on defendant on Tuesday, March 25, 2008.

Similarly, in Hamilton and Stocum, on April 14, 2008, the Honorable Margaret M. Sweeney, Judge of this Court, issued identical orders which provide in material respects as follows: "The court determines that plaintiff is entitled to engage in discovery in order to fully present the merits of her case. . . ." See April 14, 2008 Orders in Hamilton and Stocum, pp. 2, attached hereto as Bernstein Exhibits 2 and 3.

Further, in Joint Status Reports filed by the parties on April 25, 2008, in Hamilton and Stocum, the parties declared:

> Counsel for defendant has advised counsel for plaintiff that the documents requested by plaintiff[s] in [their] First Request for Production of Documents will be produced on May 15, 2008.

Copies of the foregoing Joint Status Reports in Hamilton and Stocum are attached hereto as Bernstein Exhibits 4 and 5.

In accordance with the foregoing orders and representations, documents identical to those presently sought in this case will have been produced by defendant in Gonzalez, Hamilton and Stocum respectively on May 8 and 15, 2008.

Further declarant sayeth not.

Executed on May 1, 2008

**s/Jules Bernstein**
JULES BERNSTEIN