# In the United States Court of Federal Claims

No. 07-626C
Filed: May 8, 2008

| | |
|---|---|
| LUIS A. CARRION, *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Pursuant to the May 7, 2008 Status Conference, and for good cause shown, the Government's April 15, 2008 Motion For Protective Order Suspending Discovery is hereby denied.

Plaintiffs' Response to the Government's April 11, 2008 Motion will be filed on or before July 15, 2008.

The court will rule on the Government's April 11, 2008 Rule 12(c) Motion prior to commencement of discovery in this case.

**IT IS SO ORDERED.**

s/Susan Braden
**SUSAN G. BRADEN**
**Judge**