IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUIS A. CARRION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-626C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE REPLY OUT OF TIME

Defendant respectfully requests leave of the Court to file the attached "Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Judgment on the Pleadings, Dismissing 'Driving Time' Claims" out of time. The reply was due on August 1, 2008.

On April 11, 2008, we filed nearly identical motions for judgment on the pleadings in this case and in Breiner v. United States, No. 07-249C (Fed. Cl.). On July 15, 2008, plaintiffs filed nearly identical responses to these motions. We prepared virtually identical replies to both of these responses, with the intention of filing both of them on August 1, 2008. We filed the reply in Breiner on August 1, 2008, but, due to an oversight, the reply in this case was not filed. Government counsel became aware of this oversight today.

The granting of leave to file the attached reply out of time will not cause any prejudice, particularly in view of the fact that this case and Breiner involve the same attorneys and are pending before the same judge, and the content of the attached reply is the same as the content of the reply filed in Breiner on August 1, 2008.

For the foregoing reasons, we respectfully request that our motion for leave to file our reply out of time be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

**s/Todd M. Hughes**
TODD M. HUGHES
Deputy Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
Michael J. Dierberg
William P. Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

August 7, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August 2008, a copy of the foregoing "MOTION FOR LEAVE TO FILE REPLY OUT OF TIME," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**