# In the United States Court of Federal Claims

No. 07-626C
Filed: August 8, 2008

*************************************
LUIS A. CARRION, *et al.*, *

Plaintiffs, *

v. *

THE UNITED STATES, *

Defendant. *
*************************************

**ORDER**

Defendant's August 7, 2008 Motion For Leave To File Out Of Time is hereby granted.

**IT IS SO ORDERED.**

s/ Susan Braden
**SUSAN G. BRADEN**
**Judge**